IFP Submitted

Oliver Antoine Charbel Matar _____ (Full Name)

oliverbalance@gmail.com _____ (Email Address)

4086 Rivoli _____ (Address Line 1)

Newport Beach, CA 92660 _____ (Address Line 2)

9497421289 _____ (Phone Number)

Plaintiff in Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Oliver Antoine Charbel Martar ,

**PLAINTIFF,**

**VS.**

The Irvine Company LLC and related management entities

_____

_____

_____

_____

_____

**DEFENDANT(S).**

**Case No.:** 8:26-cv-00372-DOC-(ADSx)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Disability Discrimination – FHA

Failure to Accommodate – FHA

Retaliation/Coercion – FHA

_____

_____

**Jury Trial Demanded:** ■ Yes ☐ No

PARAGRAPH I (¶1)

## I. JURISDICTION

1. This Court has jurisdiction under _____ the Fair Housing Act, 42 U.S.C. §§3601 – 3619, and 28 U.S.C. §1331.

*Revised: October 2023*
*Form Prepared by Public Counsel*
*© 2010, 2023  Public Counsel. All Rights*
*Reserved.*

1

*Page Number*

## II. VENUE

¶2

2.  Venue is proper pursuant to _____ 28 U.S.C. §1391 because the events occurred in Orange County, California.

## III. PARTIES

¶3

3.    Plaintiff's name is ____Oliver Antoine Charbel Matar____. Plaintiff resides at: 4086 Rivoli Newport Beach CA 92660

¶4

4. Defendant The Irvine Company LLC and related management entities 550 Newport Center Dr, Newport Beach CA 92660

5. Defendant _____

2

*Page Number*

## IV. STATEMENT OF FACTS

¶5

_Insert ¶ #_

. Plaintiff Oliver Antoine Charbel Matar has been a lawful tenant at an Irvine Company residential property in Orange County, California since august 2011.

Plaintiff is the caregiver of his twin 13y old sons both diagnosed with severe autism at age two. Their condition is a disability within the meaning of the Fair Housing Act

From 2011 through mid-2024, Plaintiff and his sons lived in the community without enforcement actions or eviction threats

¶6

_Insert ¶ #_

. Beginning around August 2024, Defendant issued repeated warnings, notices to cure, and eviction-related communications based on noise and directly related to the children's disability

Defendant demanded Plaintiff pay approximately $6,000 for soundproofing despite written acknowledgment that effectiveness was not guaranteed.

Defendant failed to engage in a meaningful interactive process to provide reasonable accommodation

¶7

_Insert ¶ #_

. In May 2025, Defendant renewed Plaintiff's lease with full knowledge of the children's disabilities and the alleged issues.

After renewal, Defendant resumed eviction-related threats, creating ongoing housing insecurity for Plaintiff and his severely autistic children.

Plaintiff sent a written pre-litigation demand by certified mail seeking resolution.

Defendant did not provide a response

Defendant's conduct caused severe emotional distress and fear of homelessness and his disabled children

3

_Page Number_

## V. <u>CAUSES OF ACTION</u>

## <u>FIRST CAUSE OF ACTION</u>

(_____ DISABILY )
    *insert title of cause of action*   DISCRIMINATION

**(As against Defendant(s):** _____

The Irvine Company LLC and related management entities                    )

¶8 _____. First Cause of Action − Disability Discrimination
*Insert ¶ #*

(Under the Fair Housing Act)

Defendant discriminated against Plaintiff because of his children' s

severe autism by issuing repeated eviction-related threats

and enforcement actions tied to disability-related behavior.

¶9 _____. Defendant treated Plaintiff differently than tenants without disabled
*Insert ¶ #*

family members and created a hostile housing environment.

IRVINE COMPANY SENT ME TWO NOTICES THREE DAY NOTICE TOPERFORM CONVERNANT OR QUT TO SILENCE THE MANIFITATION OF MY BOYS DISABILITY RELATED NOISE

_____. AND
*Insert ¶ #*

OVER A PERIOD OF 1 YEAR IRVING COMPONY LAWYER SENT 4 INTIMIDATION LETTERS ONE OF THOSE WAS AFFXED TO MY DOOR

4

*Page Number*

## SECOND CAUSE OF ACTION

( _FAILURE TO PROVIDE REASONABLE ACCOMMODATION_ )

*insert title of cause of action*

**(As against Defendant(s):** _____

The Irvine Company LLC and related management entities )

¶10

_____. Failure to Provide Reasonable Accommodation

*Insert ¶ #*

Defendant knew of the children's disabilities but failed to engage

in a meaningful interactive process and instead demanded

ineffective soundproofing at Plaintiff's expense.

Defendant refused reasonable accommodations necessary for equal housing use.

¶11

_____. IRVINE COMPANY ASKED ME

*Insert ¶ #*

TO PAY $6K FOR NOISE TREATMENT BUT THE VENDOR STATED THAT THE NOISE TREATMENT IS NOT GUARANTEED TO WORK

_____. IRVINE COMPANY RENEWED MY

*Insert ¶ #*

LEASE IN MAY 2025 AND THEN RESUMED HARASSMENT THROUGH LETTER FROM THEIR LAWYER AND THROUGH DISCRIMINATORY COMMENTS FROM THEIR MANAGER

## THIRD CAUSE OF ACTION

( _____ RETALIATION )

*insert title of cause of action* COERCION

**(As against Defendant(s):** _____

The Irvine Company LLC and related management entities )

¶12

_____. Retaliation / Coercion
*Insert ¶ #*

Defendant continued threats and pressure after Plaintiff asserted disability-related

in violation of 42 U.S.C. §3617.

¶13

_____. IRVINE COMPANY MANAGERS
*Insert ¶ #*
TOLD ME IN FRONT OF WITNESSES
THAT MY BOYS ARE NOT DESIRED
IN THE COMMUNITY

¶14

_____. IRVINE COMPANY IGNORED MY
*Insert ¶ #*
PRE-LITIGATION LETTER AND DID NOT
EVEN ASSURED ME IN WRITING
THAT THE HARRASSMENT WILL STOP

nis

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_
Injunction preventing eviction or harassment

Reasonable accommodation plan

Compensatory damages

Punitive damages

_Insert ¶ #_
Any other relief the Court deems proper

_Insert ¶ #_

_Insert ¶ #_

Dated: FEB 19, 2026

Sign: _____

Print Name: OLIVER ANTOINE CHARBEL MATAR

7

_Page Number_

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: ___FEB 19, 2026___

Sign: _____

Print Name: Oliver Antoine Charbel Matar---

4831-5981-9291, v. 1

___
Page Number